Charles Robinowitz
Law Office of Charles Robinowitz
1211 SW Fifth Avenue, Suite 2323
Portland, Oregon 97204
Tel: (503) 226-1464
Fax: (503) 226-6456
chuck@crlawoffice.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DANNY W. COLLINS, an individual,<br><br>                           Plaintiff,<br><br>v.<br><br>CROWLEY MARITIME CORPORATION,<br>a Delaware corporation,<br><br>                           Defendant. | Case No. 3:23-cv-00979-YY<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND PRETRIAL DEADLINES BY SIX MONTHS** |

Motion

Plaintiff moves the court for an order extending all pretrial deadlines by six months so that discovery is extended from May 1, 2026, to November 1, 2026, plaintiff's expert disclosures to be completed by December 1, 2026, defendant's expert disclosures, including rebuttal, to be completed by February 20, 2027, plaintiff's rebuttal expert disclosures to be completed by March 18, 2027, expert discovery to be completed by April 22, 2027, Joint Alternate Dispute Resolution report due by May 20, 2027, and dispositive motions due by May 20, 2027.

Plaintiff bases his motion on the declaration of Charles Robinowitz.

Defendant does not object to this motion.

Dated: May 1, 2026

_s/ Charles Robinowitz_
CHARLES ROBINOWITZ, OSB #691497
Law Office of Charles Robinowitz
Attorney for Plaintiff

PAGE 1 – PLAINTIFF'S UNOPPOSED MOTION TO EXTEND
PRETRIAL DEADLINES BY 6 MONTHS

CHARLES ROBINOWITZ
ATTORNEY AT LAW
1211 SW FIFTH AVENUE, SUITE 2323
PORTLAND, OR 97204-3711
TEL: (503) 226-1464; FAX: (503) 226-6456
chuck@crlawoffice.com

## CERTIFICATE OF SERVICE

I certify that on May 1, 2026, I served true copies of **PLAINTIFF'S MOTION TO EXTEND PRETRIAL DEADLINES BY SIX MONTHS** on the following person(s) through the court's electronic filing system:

James P. McCurdy
James Molyneux-Elliot
Lindsay Hart LLP
1300 SW Fifth Avenue, Suite 3400
Portland, Oregon  97201
Tel:      (503) 226-7677
Fax:      (503) 226-7697
Email:    jmccurdy@lindsayhart.com, jmolyneux-elliot@lindsayhart.com
          lgregory@lindsayhart.com, crauls@lindsayhart.com
Attorneys for Defendant Crowley Maritime Corporation


Dated: May 1, 2026                    _s/ Charles Robinowitz_____
                                      CHARLES ROBINOWITZ, OSB #691497
                                      Attorney for Plaintiff

CHARLES ROBINOWITZ
ATTORNEY AT LAW
1211 SW FIFTH AVENUE, SUITE 2323
PORTLAND, OR  97204-3711
TEL: (503) 226-1464; FAX: (503) 226-6456
chuck@crlawoffice.com